**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CASE NO.: EP-23-M-3671-MAT** |
| § | |
| **CARLOS FLORES** § | |

**MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

This Motion to Withdraw is brought by JOHN L WILLIAMS, appointed attorney for CARLOS FLORES, Defendant, who shows in support:

1. Movant was appointed to be the attorney for defendant, CARLOS FLORES.

2. Good cause exists for withdrawal as counsel in that CARLOS FLORES and Counsel have a conflict that cannot be resolved and has CARLOS FLORES has requested that Counsel withdraw. Respondent is indigent.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his motion to withdraw on the face of this pleading and substitute another attorney in his place. Alternatively, Movant requests that the Court set this matter for a hearing so that Movant may present evidence in support of this motion.

Respectfully Submitted,
Law Office of John L. Williams
PO Box 3459
El Paso, TX 79923
Tel: (915) 533-9016
Fax: (915) 532-1928

By:*/s/ John L Williams*
JOHN L. WILLIAMS
State Bar No. 21554150
Appointed attorney ad litem for CARLOS FLORES

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure through the electronic delivery system on July 2, 2024.

*/s/ John L Williams*
JOHN L. WILLIAMS
Appointed attorney ad litem for CARLOS FLORES

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CASE NO.: EP-23-M-3671-MAT** |
| § | |
| **CARLOS FLORES** § | |

**ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING COUNSEL**

On this day, came to be considered the Motion to Withdraw and for Appointment of Substitute Counsel filed by JOHN L WILLIAMS, appointed attorney for CARLOS FLORES, Defendant. The Court finds that said motion should be GRANTED. It is ORDERED that JOHN L. WILLIAMS is withdrawn as attorney for defendant, CARLOS FLORES, and is relieved of further responsibility on this case. IT IS ORDERED that _____ is appointed as counsel for Defendant on this case.

SIGNED on this \_\_\_ day of July, 2024.

_____
HONORABLE JUDGE PRESIDING